**DISMISS; and Opinion Filed July 9, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01289-CR

**TOMMY AGUILAR, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81651-2012**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Bridges

Tommy Aguilar was convicted of aggravated sexual assault of a child and sentenced to twelve years' imprisonment. We adopted the trial court's finding that appellant no longer wishes to pursue the appeal. This finding was made in response to the this Court's order regarding why the clerk's record has not been filed. Because the clerk's record still has not been filed, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

141289F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TOMMY AGUILAR, Appellant

No. 05-14-01289-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas
Trial Court Cause No. 380-81651-2012.
Opinion delivered by Justice Bridges, Justices Lang and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of prosecution.

Judgment entered this 9th day of July, 2015.